Nash v Cote (2025 NY Slip Op 03467)

Nash v Cote

2025 NY Slip Op 03467

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, DELCONTE, AND HANNAH, JJ.

430 CA 24-01311

[*1]RICK NASH, PLAINTIFF-APPELLANT,
v
JOSEPH S. COTE, III, ESQ., COTE & VAN DYKE, LLP, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

AARON ZIMMERMAN, SYRACUSE, FOR PLAINTIFF-APPELLANT. 

 Appeal from an order of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered March 14, 2024. The order dismissed the complaint against defendants Joseph S. Cote, III, Esq., and Cote & Van Dyke, LLP. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court